**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7397**

———————

KEVIN D. BURCKHALTER,

Petitioner - Appellant,

versus

P. DOUGLAS TAYLOR; Warden; MICHAEL MOORE,
Director of SCDC; CHARLES M. CONDON, Attorney
General of the State of South Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville. G. Ross Anderson, Jr., District
Judge. (CA-98-1416-6-17AK)

———————

Submitted: December 17, 1998        Decided: January 7, 1999

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Kevin D. Burckhalter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin D. Burckhalter appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Burckhalter v. Taylor, No. CA-98-1416-6-17AK (D.S.C. Aug. 18, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2